IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| Joshua Wright, | : | |
| Plaintiff, | : | |
| v. | : | Case No. |
| The Rector and Visitors of George Mason University *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF REMOVAL

To the Honorable Judges of the Eastern District of Virginia:

Defendants The Rector and Visitors of George Mason University ("Mason") and Thomas Bluestein submit this Notice of Removal pursuant to 28 U.S.C. § 1441, *et seq*., requesting that this Honorable Court assume jurisdiction over this action, and set forth the following reasons:

1. The above-captioned matter was commenced by the filing of a Complaint in the Circuit Court of Fairfax County. The action is currently pending in state court.

2. On December 5, 2023, Counsel for Defendants agreed to waive formal service of the Summons and Complaint and accept service by email. That day, Counsel for Plaintiff sent Defendants a copy of the Complaint, which is attached. On December 11, 2023, Counsel for Plaintiff sent Defendants the Summons and Fairfax County Circuit Court waiver of service forms. Defendants subsequently signed and returned the waiver of service forms on December 19, 2023, and Plaintiff filed them with the Fairfax Circuit Court on December 20, 2023.

3. Plaintiff's Complaint asserts violations of federal law including Title IX and

1

claims pursuant to 42 U.S.C. § 1983 alleging violations of Plaintiff's Constitutional rights.

4. Pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1443, this case meets the requirements of removal to federal court as it asserts claims arising out of the United States Constitution, and laws of the United States, and maintains a "civil rights" action.

5. This Notice of Removal is being filed with the Court within thirty (30) days after service of the Summons and Complaint on Defendants. As such, removal is proper pursuant to 28 U.S.C. § 1446(b).

6. The filing of this Notice of Removal is being served on counsel for Plaintiff, and will be filed with the Clerk of Fairfax County Circuit Court pursuant to 28 U.S.C. § 1446(d).

7. Based on the aforegoing, this action must be removed to United States District for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. § 1441, *et seq*.

WHEREFORE, the Defendants, respectfully request that this action be removed from Fairfax County Circuit Court to the United States District Court for the Eastern District of Virginia (Alexandria Division), and that this Honorable Court assume jurisdiction thereof.

Dated: January 2, 2024                                    RESPECTFULLY SUBMITTED

/s/_____
Eli S. Schlam, Asst. Atty. Gen.
Virginia Bar Number 92987
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu

*Attorney for the Rector and Visitors of George Mason University and Thomas Bluestein*

## CERTIFICATE OF SERVICE

I certify that on January 2, 2024, a true and correct copy of the foregoing was served by email on:

>Lindsay R. McKasson, Esq.
>Benjamin F. North, Esq.
>Binnall Law Group, PLLC
>717 King Street, Suite 200
>Alexandria, VA 22314
>jason@binnall.com
>lindsay@binnall.com
>ben@binnall.com
>*Counsel for Joshua Wright*

I certify that a true and correct copy of the foregoing will be filed with the Clerk of the Fairfax Circuit Court.

/s/
Eli S. Schlam