# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Joshua Wright, <br><br> *Plaintiff*, <br><br> v. <br><br> The Rector and Visitors of George Mason University et al., <br><br> *Defendant*. | Case No. 1:24-cv-00002 (PTG/IDD) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Joshua Wright hereby moves the Court to issue a preliminary injunction prohibiting Defendants from continuing their investigation of the operative complaint against Mr. Wright, titled the "Second Amended Notice of Investigation" as described in the attached memorandum in support, until Mr. Wright's claims are fully litigated in this Court. In support of this motion, Mr. Wright relies upon the accompanying memorandum in support of his motion, his other filings pertaining to this motion, and any oral argument or evidence presented at the hearing on this motion. Mr. Wright is entitled to a preliminary injunction as a matter of law.

WHEREFORE, Mr. Wright respectfully moves this Court for a preliminary injunction prohibiting Defendants from continuing with their investigation until this Court can issue a final judgment.

Dated: January 26, 2024                    Respectfully submitted,

/s/ *Benjamin F. North*
Benjamin F. North, VA Bar # 97439
Lindsay R. McKasson, VA Bar # 96074
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
lindsay@binnall.com
ben@binnall.com

*Attorneys for Plaintiff Joshua Wright*

# CERTIFICATE OF SERVICE

I certify that on January 26, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Benjamin F. North*
Benjamin F. North

*Attorneys for Plaintiff Joshua Wright*