IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Joshua Wright,<br><br>*Plaintiff,*<br><br>v.<br><br>The Rector and Visitors of<br>George Mason University et al.,<br><br>*Defendant.* | Case No. 1:24-cv-00002 (PTG/IDD) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for an injunction as to Defendants' investigation of the "Second Amended Notice of Investigation," Plaintiff's motion is hereby GRANTED. Plaintiff satisfies the test for a preliminary injunction. It is hereby

ORDERED that an injunction is hereby entered, ordering as follows:

Defendants are ENJOINED AND PROHIBITED from continuing with the investigation pertaining to the "Second Amended Notice of Investigation" until final judgment is reached in this Court.

**SO ORDERED.**

Dated:_____       _____
                                                                             The Hon. Patricia Tolliver Giles
                                                                             United States District Judge