# EXHIBIT A

## <u>VERIFICATION</u>

I declare under penalty of perjury that all allegations in the Complaint are true to the best of my knowledge and belief.

_01 - 25 - 24_
Date

Joshua Wright