# EXHIBIT B

LAW360

Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# 'I Suffered Silently': Ex-Law Prof Allegedly Preyed On Students

By **Aebra Coe**

Law360 (August 14, 2023, 12:11 PM EDT) -- Two women lawyers have told Law360 that former Federal Trade Commission member and George Mason University law professor Joshua D. Wright abused his power in order to engage them in sexual contact, saying the alleged misconduct began while they were his students and later continued when they were his subordinates at the FTC and at a BigLaw firm.



Joshua D. Wright

Kirkland & Ellis LLP partner Elyse Dorsey and Freshfields Bruckhaus Deringer LLP counsel Angela Landry said they met each other in 2009 as first-year students at George Mason University's Antonin Scalia Law School, in a yearlong contract law class taught by Wright.

Both women said that soon after they arrived at the school and started taking the class, Wright began to press the usual boundaries between professor and student in one-on-one conversations with them. Both also said those boundary-pushing comments quickly turned to flirting and, eventually, to sexual advances.

The women said those early advances led to years of misconduct, during which Dorsey and Landry felt they had no option but to continue engaging sexually with Wright or else risk serious damage to their careers. Both said they believe there are "many" more women who have been similarly approached by Wright, based on conversations with former schoolmates and colleagues, as well as a

conversation between Landry and Wright himself.

Both women said their fears that their careers were at risk later proved to be valid. After they ended their respective sexual relationships with Wright, both said, they were cut off from professional opportunities and even jobs as a result of Wright withdrawing his support of them and their careers.

Dorsey and Landry only recently reconnected after a mutual friend from law school suggested they may have similar stories related to their experiences with Wright, they said.

"I suffered silently for a really long time," Landry told Law360 in a video call, pausing for a moment as emotion welled in her voice.

"I was ready to accept suffering silently alone for the rest of my career, but I can't just sit back and let it continue" after discovering others have also been affected by the alleged misconduct, she added.

Wright, who had been a law professor at GMU for two decades, announced Aug. 7 that he was leaving the school's faculty via a post on X, the social media platform formerly known as Twitter.

Later that same day, Cleveland State University College of Law professor Christa Laser publicly posted an email she says Wright sent her in 2021, in which he asks her out on a date after she met with him to discuss faculty job opportunities at GMU.

Laser's post to X has garnered more than 371,000 views and numerous comments. On Aug. 9, legal blog Above the Law featured the post in an article.

According to a spokesperson for GMU's law school, Wright is no longer a member of the school's faculty.

"His departure is a personnel matter, and the university and law school do not comment on personnel matters," the spokesperson said.

Legal counsel for Wright, Lindsay R. McKasson of Binnall Law Group, shared an emailed statement with Law360 on Friday in response to Dorsey's and Landry's allegations.

"All allegations of sexual misconduct are false," the statement said. "These false allegations are being made public after unsuccessfully demanding millions of dollars behind closed doors. We look forward to total vindication in court."

## "It must be much worse for others"



Elyse Dorsey

Dorsey said she was excited when Wright asked her to be one of his research assistants at the end of her first year as a law student in 2010. She had been interested in antitrust law, and he made it clear that he would be a good reference if she wanted to pursue that area of law as a career, she said.

Despite a string of flirtatious comments, Dorsey said, she generally thought Wright was "harmless" at the time and felt reassured by the fact that he was married and had small children. When he asked her to join him on a trip to meet clients in California, she said, she agreed to attend.

They stayed at a nice hotel, and when they arrived she discovered there was only one room with one bed, Dorsey said. There weren't any client meetings during the trip, she said, and instead they went wine tasting.

The morning they were supposed to leave, no sexual contact had occurred, she said, but as they sat on the hotel's bed running late to catch their flight Wright asked her if he could touch her.

"I didn't say no, but I also didn't really feel like I had a choice to do that in the moment," Dorsey said. That led to the beginning of her sexual contact with Wright, she said.

According to Dorsey, she never felt comfortable saying no to Wright, including when, she said, he pressured her to have sex in his office on the law school's campus. She resisted, but gave in "to get out of the situation," she said. Dorsey was Wright's research assistant at the time, and therefore her direct manager.

"He was very clear this had to be a secret, this was something we couldn't talk about, that no one was supposed to know," she said.

However, Dorsey said, she did tell a close friend at the time about her sexual contact with Wright and the trip they took to California. Law360 recently spoke to that friend, and the person confirmed that Dorsey told them about it at the time.

The sexual contact continued throughout Dorsey's law school years, she said. Expecting to graduate in 2012 into a tough job market, she knew that she would need Wright's positive reference.

Dorsey ultimately took a job as an associate at a prestigious law firm — Wilson Sonsini Goodrich & Rosati PC — and in 2013 Wright was nominated to be a commissioner at the FTC. Their sexual contact faded at that point, she said. However, when Wright left the FTC in 2015 and joined Wilson Sonsini as senior of counsel, he again became her direct manager and the sexual contact resumed, she said.

A former colleague of Dorsey's at Wilson Sonsini told Law360 that Dorsey confided in them when they worked together that she had been in a sexual relationship with Wright and that it had started when she was a student at GMU.

In an email to Law360, a spokesperson for Wilson Sonsini said they are not able to comment on internal personnel matters, but confirmed that Wright had been senior of counsel at the firm from January 2016 until November 2019.

Between 2018 and 2021, Dorsey took on a role as an instructor at GMU's law school in the antitrust department, and in 2019 she left Wilson Sonsini to work for the U.S. Department of Justice.

In early 2021, she said, Wright reached out to her to recruit her to work for him as he planned to launch his own law firm, Lodestar Law & Economics PLLC. According to Dorsey, Wright told her that she could work as much or as little as she wanted, so that she had time to pursue a fellowship in the economics department at the University of Virginia.

Dorsey had been interested in returning to private practice and legal academia. That, along with a competitive pay offer, prompted her to turn down other job opportunities at the time and take Wright up on the offer, she said.

Over the summer of 2021, Dorsey moved from Washington, D.C., to Charlottesville, Virginia. There, she said, she began to work for Wright on a contract basis and Wright began to help her with a fundraising effort for her fellowship.

However, after Dorsey confronted Wright saying she believed he was engaged in a sexual relationship with another former GMU student of his and that he had lied about it, and that Dorsey wanted to end things with him romantically, all of those plans began to unravel, she said.

The contract work disappeared, the fellowship funding was delayed and even the work at GMU ended abruptly and without notice, Dorsey said.

Near the end of 2021, Dorsey filed a complaint against Wright with GMU, which included allegations of Title IX violations, including hostile environment and quid pro quo sexual harassment, as well as violations of university policies regarding consensual sexual relationships. Those investigations are ongoing, she said.

The allegations in the university complaint, reviewed by Law360, align with Dorsey's conversations with a Law360 reporter.

In a statement provided to Law360, a spokesperson for GMU's law school did not address the investigation.

In GMU's consensual relationships policy, which is posted on the university's website, employees with professional power relationships over students are advised to avoid sexual relationships with students and, in the event of a relationship, to report it immediately to their supervisor and end any supervisory or instructional responsibility over that student.

"Sexual or romantic relationships between employees and students have the effect of undermining the atmosphere of trust on which the educational process depends," the policy says. "Positions of authority inherently carry the element of power in their relationships with students. It is imperative that those in authority neither abuse, nor appear to abuse, this power entrusted to them."

Law360 contacted the media relations department at GMU law school to inquire whether the same consensual relationships policy was in place when Dorsey attended the law school, and was referred to the school's Diversity, Equity & Inclusion department. A phone call to the DEI department was not

immediately returned.

"I don't want other people to have to deal with and go through what I went through," Dorsey told Law360 about why she chose to file the complaints and speak publicly about her allegations. "It really made me feel like if he was willing to treat me that way ... it must be much worse for others who tried to say no to him with even less power."

## "From there it escalated quickly"



Angela Landry

When Landry started her first semester of law school in 2009, she said, she was nervous and a little lost as the first person in her family to attend law school. It was a welcome relief, she said, when Wright appeared to take her under his wing and eventually offered her a position as a research assistant.

She said Wright told her that if she did well in the position, he could coach her and help her get a job after law school.

According to Landry, throughout that year Wright made comments that seemed to push the usual teacher-student boundaries. For instance, she said, he pointed to her fidgeting and asked if she was nervous, and then followed that up by saying, "It's cute."

"It just slowly escalated. It was a lot of this boundary expansion for months," she said. Then, the February after she'd started law school he kissed her for the first time, she said. "From there it escalated quickly."

Landry said there were often times during their relationship that she felt she couldn't say no to Wright, and that he often reminded her of his connections and sway when it came to her career.

Like Dorsey, Landry also said Wright engaged her in sexual activity while in his office at the law school. If she ever did something to make him angry in their personal relationship, she said, it would come through in their professional relationship and she would stop getting work from him for a period of time, for example.

"Those times it really felt like I can't make him mad, because if I do, he's going to take all of this away from me. Everything I've worked really hard for and that I want in my career," she said.

The sexual contact lasted throughout her time at the law school, according to Landry, and she was able to secure a position at a large law firm after graduating with a good word from Wright to a connection she said he had there.

The sexual contact cooled for a period of time, but it began again when Wright asked Landry to serve as an attorney adviser to him at the FTC in 2015, she said. When she accepted the position, Landry said, she told Wright that she wanted to start with a clean slate and "keep things professional."

"I think he took that as a joke or a challenge," she said.

The sexual contact then resumed, she said, adding, "I always felt like if I made him mad I would lose my job, lose my career and lose everything I worked for."

During the time when their sexual relationship was on, Landry said, Wright helped her secure opportunities to speak on panels, write papers and contribute to the antitrust profession. But after Wright left the FTC and joined Wilson Sonsini, she said, all of that changed.

"Once he was done with me, those things stopped coming," she said.

A spokesperson for the FTC did not respond to a request for comment on Landry's allegations.

According to Landry, she confronted Wright in 2020 about his alleged sexual misconduct after he sent her an email apologizing for his behavior. They met in person and he told her he'd sought sexual relationships with countless women in professional settings, she said.

"He told me he couldn't even count the number of people he sent inappropriate messages to," she said.

## "Too close ... for a work meeting"


Christa Laser

Landry and Dorsey said they decided the timing was right to come forward publicly with their allegations after a flurry of talk within the antitrust law community was ignited by a social media post by Laser, a professor at Cleveland State University law school who shared a story in which she said Wright inappropriately approached her in a professional setting.

Laser told Law360 in an email that after spending years trying to break into legal academia, she was thrilled when she learned in 2021 that the head of GMU law school's antitrust department had agreed to get coffee with her to discuss potential career opportunities.

She said she had reached out to Wright several times between 2018 and 2020 to send applications and also request a coffee meeting to discuss the school's hiring. And in 2021, the timing couldn't have been better for Laser, who had accepted a position at Cleveland State University but later learned that her soon-to-be ex-husband and children would not join her in Ohio due to a custody dispute, she said. A job at GMU, in Fairfax, Virginia, would mean she could be close to her children.

"I stayed in Virginia as long as I could, first teaching remotely during peak COVID-19 and then commuting to Ohio each week to teach," Laser said. "In April 2021, I was at an inflection point with the situation with my ex and custody."

Wright had agreed to meet up with Laser, but for dinner rather than coffee, she said. And while she thought it was odd that he offered to pick her up for the meeting, she said, she shrugged it off.

They discussed Laser's curriculum proposal, teaching package and "other topics typical of an early discussion around hiring," Laser said, adding that she also opened up about her situation with the custody of her children.

According to Laser, Wright told her he loved her curriculum proposal and that he held sway when it came to who would be hired into the current open position. He walked her to her car.

"When we got to my car, he gave me a hug that was long and close, pressing too close to my body for a work meeting," she said. "When I opened my car door and turned to get in, his face suggested to me that he seemed to realize that I viewed this as a professional meeting, not a personal one."

The next day, she said, she received the email that she would later post on social media and which went viral. In it, Wright said, "I hope this doesn't come off as overly forward --- but I really enjoyed dinner and talking with you and thought maybe you might be interested in making next time a 'date'?"

The two never went on a date, and Laser was not offered a job, she said.

According to Laser, she reported her experience to several people at the law school, including its human resources and DEI departments, and also forwarded them her communication with Wright. However, a year later, she still hadn't heard anything, she said, and so she reached back out to see where the investigation stood.

"When I met with [a university investigator] and the DEI team, it seemed they were not made aware of the previous complaints I made against Josh," she said. "I am not aware of George Mason doing anything in response to the information that I sent."

A spokesperson for the law school did not respond to a request for more information on Laser's statements recounting her experience reporting Wright's alleged conduct, beyond reiterating that the school does not comment on personnel matters.

But after continuing to hear stories through the grapevine about alleged misconduct by Wright and after seeing a number of people in the legal community — including a former professor of Laser's — praising Wright when he announced he was leaving GMU, Laser said, she decided to go public with her tweet.

"I didn't want my former professor or others who were praising him to be unintentionally amplifying Josh's ability to prey on more young women," she said.

--Editing by Alanna Weissman and Kelly Duncan.

All Content © 2003-2023, Portfolio Media, Inc.