# EXHIBIT D



**Notice of Dismissal of Complaint**

June 24, 2022

Joshua Wright
George Mason University
Fairfax, VA 22030

**RE: Case# TIX 21220462**

Dear Joshua,

On June 6, 2022 you filed a written Formal Complaint and requested an investigation alleging that beginning on October 20, 2021, Elyse Dorsey, the named Respondent, engaged in an alleged violation of [University Policy 1202: Sexual and Gender-Based Misconduct and Other Forms of Interpersonal Violence]("Policy 1202").

On June 13, 2022 a meeting was held with you and your advisor to review and clarify your Complaint. At that time, given that the Respondent was not actively teaching as an adjunct faculty member nor working for the University in any other known capacity, you noted that special circumstances existed in the School of Law asynchronous MLL program that would provide that the Respondent was an active employee.

Upon review of the written Formal Complaint and with input from Human Resources, the Title IX Coordinator has determined that the University cannot act on the Complaint as per Policy 1202 Section III.F in as much as at the time of filing a formal complaint, the Respondent was no longer enrolled at or employed by the University and, as a result, the University therefore has no jurisdiction to pursue the Complaint.

You may appeal this decision by sending an email setting forth the grounds for your appeal, and an explanation as to why you believe the appeal should be granted. An appeal must be filed within 5-business day(s) of the receipt of this notification, **no later than July 1, 2022 at 5:00 p.m.** close of business. The appeal will be heard by the Vice President of Diversity, Equity and Inclusion ("DEI"). The decision of the Vice President of DEI shall be final.

The only grounds to appeal a dismissal are:

• Procedural irregularity that affected the decision to dismiss the Formal Complaint.
• The discovery of new evidence that was not reasonably available at the time the determination to dismiss was made that could affect the outcome of the matter.

**JOSHUA WRIGHT**
**Dismissal of Complaint**
TIX21220462
**June 24, 2022**
**Page 2 of 2**

• The Title IX Coordinator, Investigator(s), or Hearing Officer had a conflict of interest or bias for, or against, Complainants or Respondents generally, or either Party that affected the decision to dismiss the Formal Complaint.

If you have any questions, please feel free to contact me at (titleix@gmu.edu).

Sincerely,

Crystal C. Coombes
Interim Title IX Coordinator
Office of Diversity, Equity, and Inclusion,
George Mason University