# EXHIBIT F

June 26, 2023

**VIA ELECTRONIC MAIL**

Ken Randall
Antonin Scalia Law School
George Mason University
3301 Fairfax Dr.
Arlington, VA 22201
Email: krandall@gmu.edu

**Re: Letter of Resignation**

Dear Dean Randall:

As discussed, I have decided to resign from my employment with George Mason University, effective August 8th, 2023. I am grateful to the Scalia Law School community for supporting my career for the past 20 years.

Please feel free to contact me with any questions or concerns.

Sincerely,

Joshua Wright