# EXHIBIT I



Ben North <ben@binnall.com>

## Fwd: Investigation Interview

---------- Forwarded message ---------
From: **Passarelli, Mariah L.** <MPassarelli@cozen.com>
Date: Thu, Nov 30, 2023 at 1:51 PM
Subject: RE: Investigation Interview
To: joshua.wright@gmail.com <joshua.wright@gmail.com>
Cc: lindsay@binnall.com <lindsay@binnall.com>

I am following up on my request below. Please let me know if you are available to be interviewed on any of the following dates/times:

December 4 - any time between 9 AM and 5 PM

December 5 – any time between 9 AM and 5 PM

December 7 – any time between 10 AM and 2 PM

Thank you,

Mariah



**Mariah Passarelli**
**Member | Cozen O'Connor**
One Oxford Centre, 301 Grant Street 41st Floor | Pittsburgh, PA 15219
P: 412-620-6502 C: 412-216-4846
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Passarelli, Mariah L.
**Sent:** Wednesday, October 4, 2023 2:59 PM
**To:** 'joshua.wright@gmail.com' <joshua.wright@gmail.com>
**Cc:** 'lindsay@binnall.com' <lindsay@binnall.com>
**Subject:** Investigation Interview

Professor Wright,

I hope you are doing well. I am writing to schedule an investigation interview with you pertaining to the recent retaliation claim made against you by Elyse Dorsey.

Please let me know if you are available on Tuesday (10/17) for this purpose. I anticipate that your interview will last 1 to 2 hours.

If October 17th does not work for you, please provide alternative dates/times during the weeks of October 16th, 23rd, and 30th.

Thank you,

Mariah



**Mariah Passarelli**
**Member | Cozen O'Connor**
One Oxford Centre, 301 Grant Street 41st Floor **| Pittsburgh, PA 15219**
P: 412-620-6502 C: 412-216-4846

Email | Bio | LinkedIn | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

--
**Lindsay R. McKasson**

**Partner** | Binnall Law Group

717 King Street | Suite 200 | Alexandria, VA 22314

(571) 771-0019 (direct)
(703) 888-1943 (office)
lindsay@binnall.com





This electronic message transmission contains information from the Binnall Law Group, PLLC that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone at (703) 888-1943 or by replying to this e-mail. Thank you.