IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Joshua Wright, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:24-cv-00002 (PTG/IDD) |
| The Rector and Visitors of George Mason University et al., | ) |
| *Defendant.* | ) |

## PLAINTIFF'S NOTICE OF HEARING

PLEASE TAKE NOTICE that at 10:00am on March 14, 2024, or as soon thereafter as counsel may be heard, Plaintiff Joshua Wright will bring before this Court his Motion for a Preliminary Injunction. Counsel for all Parties have agreed for the Court to hear this motion together with Defendants' Motion to Dismiss, set for a hearing at the same date and time. *See* ECF No. 8.

Dated: January 26, 2024

Respectfully submitted,

/s/ *Benjamin F. North*
Benjamin F. North, VA Bar # 97439
Lindsay R. McKasson, VA Bar # 96074
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
lindsay@binnall.com
ben@binnall.com

*Attorneys for Plaintiff Joshua Wright*

CERTIFICATE OF SERVICE

I certify that on January 26, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ *Benjamin F. North*
Benjamin F. North

*Attorney for Plaintiff Joshua Wright*