IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSHUA WRIGHT, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| THE RECTOR AND VISITORS OF GEORGE MASON UNIVERSITY, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) |

Case No. 1:24-cv-2 (PTG/IDD)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction (Dkt. 5) is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dismiss (Dkt. 6) is **GRANTED IN PART AND DENIED IN PART**. The Motion to Dismiss (Dkt. 6) is **GRANTED** such that Count I (Deliberate Indifference claim), Count II (Selective Enforcement claim), Count IV (Equal Protection claim against Defendant Bluestein in his personal capacity), Count V (Equal Protection claim against Defendant Bluestein in his official capacity, Count VI (First Amendment claim against Defendant Bluestein in his personal capacity), and Count IX (Breach of Contract claim) are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Motion to Dismiss (Dkt. 6) is **GRANTED** such that Count III (*Sheppard* claim) and Count VIII (Due Process claim) are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Motion to Dismiss (Dkt. 6) is **DENIED** with respect to Count VII (First Amendment claim against Defendant Bluestein in his official capacity).

September 19, 2024
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge