IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **Joshua Wright**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00002 (PTG/IDD) |
| | ) |
| **The Rector and Visitors** | ) |
| **of George Mason University, et al.** | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to dismissal of this action without prejudice, each Party to bear his own costs.

Dated: November 27, 2024                                            Respectfully submitted,

*/s/ Benjamin F. North*  
Benjamin F. North, VSB No. 97439  
Lindsay R. McKasson, VSB No. 96074  
BINNALL LAW GROUP, PLLC  
717 King Street, Suite 200  
Alexandria, Virginia 22314  
Phone: (703) 888-1943  
Fax: (703) 888-1930  
ben@binnall.com  
lindsay@binnall.com  

*Attorneys for Plaintiff*

*/s/ Eli S. Schlam*  
Eli S. Schlam, Asst. Atty. Gen.  
Virginia Bar Number 92987  
George Mason University  
4400 University Drive  
MS 2A3  
Fairfax, Virginia 22030  
Phone: (703) 993-2619  
Fax: (703) 993-2340  
eschlam@gmu.edu  

*Attorney for Defendant*