IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF VIRGINIA
Alexandria Division

Joshua Wright,                                    )
                                                  )
                                                  )
           Plaintiff,                             )
                                                  )
v.                                                )  Case No. 1:24-cv-00002 (PTG/IDD)
                                                  )
The Rector and Visitors                           )
of George Mason University, et al.                )
                                                  )
           Defendants.                            )
                                                  )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to dismissal of this action without prejudice, each Party to bear his own costs.

Dated: November 27, 2024                          Respectfully submitted,

*/s/ Benjamin F. North*                           */s/ Eli S. Schlam*
Benjamin F. North, VSB No. 97439                  Eli S. Schlam, Asst. Atty. Gen.
Lindsay R. McKasson, VSB No. 96074                Virginia Bar Number 92987
BINNALL LAW GROUP, PLLC                           George Mason University
717 King Street, Suite 200                        4400 University Drive
Alexandria, Virginia 22314                        MS 2A3
Phone: (703) 888-1943                             Fairfax, Virginia 22030
Fax: (703) 888-1930                               Phone: (703) 993-2619
ben@binnall.com                                   Fax: (703) 993-2340
lindsay@binnall.com                               eschlam@gmu.edu

*Attorneys for Plaintiff*                         *Attorney for Defendant*

It is SO ORDERED.  12/2/24

                                                  _____
                                                  Patricia Tolliver Giles
                                                  United States District Judge